384 A.2d 1004

Tocci, et vir. v. Kingston, et ux., Appellants.

Argued November 15, 1977. John P. Liekar, for appellants; George B. Stegenga, for appellees.

Decree affirmed.

384 A.2d 1005

United Refining Company v. Scott, Appellant.

Argued November 14, 1977. Daniel J. Beggy, with him Mansmann, Beggy & Campbell, for appellant; Edmund K. Trent, with him Jeff L. Lewin, for appellee.

Order affirmed.